UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 24-MJ-381 |
| | : | |
| LACROIX FLOYD, | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. §§ 922(g)(1) and 924(e)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine Base) |
| | : | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Forty Grams or |
| | : | More of Fentanyl) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| | : | (Using, Carrying, and Possessing a |
| | : | Firearm in Furtherance of a Drug |
| | : | Trafficking Offense) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); |
| | : | 21 U.S.C. §§ 853(a) and (p); and |
| | : | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about December 10, 2024, within the District of Columbia, **LACROIX FLOYD**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case

No. 12-CR-209, did unlawfully and knowingly receive and possess firearms, including, a Glock 26 9mm handgun bearing serial number HGH825, a Remington 870 Express Magnum 12 gauge shotgun bearing serial number A291180M, and a Glock 23c, .40 caliber handgun bearing serial number DMT166, and did unlawfully and knowingly receive and possess ammunition, that is, 18 rounds of 9mm ammunition, 13 rounds of .40 caliber ammunition, and 64 rounds of 9mm ammunition, all of which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

### SENTENCING ALLEGATION (18 U.S.C. § 924(e)(1))

Before **LACROIX FLOYD** committed the offense charged in this Count, he had at least three previous convictions for offenses qualifying under 18 U.S.C. §924(e)(2) that were committed on occasions different from one another.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1))

### COUNT TWO

On or about December 10, 2024, within the District of Columbia, **LACROIX FLOYD,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Cocaine Base,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT THREE

On or about December 10, 2024, within the District of Columbia, **LACROIX FLOYD,** did unlawfully, knowingly and intentionally possess with intent to distribute forty grams or more

of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT FOUR

On or about December 10, 2024, within the District of Columbia, **LACROIX FLOYD**, did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Counts Two and Three of this Indictment which is incorporated herein, at least one firearm, including, a Glock 26 9mm handgun bearing serial number HGH825, a Remington 870 Express Magnum 12 gauge shotgun bearing serial number A291180M, and a Glock 23c, .40 caliber handgun bearing serial number DMT166.

**(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One and Four of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock 26 handgun, bearing serial number HGH825, a Remington 870 Express Magnum 12 gauge shotgun, bearing serial number A291180M, a Glock 23c, .40 caliber handgun, bearing serial number DMT166, 18 rounds of 9mm ammunition, 13 rounds of .40 caliber ammunition, and two extended magazines containing 64 rounds of 9mm ammunition.

2. Upon conviction of the offenses alleged in Counts Two and Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States

Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly, or indirectly as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, Untied States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /DTH*
Attorney of the United States in
and for the District of Columbia.